# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CASE NO.: 2:26-mj-29 |
| Plaintiff, | : | |
| | : | |
| vs | : | |
| | : | JUDGE KIMBERLY A. JOLSON |
| JUSTIN MESAEL NOVOA, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR DETENTION HEARING

Now comes Defendant Justin Novoa, by and through undersigned counsel, respectfully moves this Honorable Court to conduct a detention hearing in the above-captioned matter. The reasons for this request are set forth below in the memorandum in support below.

                                      Respectfully submitted,

                                      /s/ Jason Helmstetler
                                      Jason Helmstetler (103298)
                                      *Attorney for Defendant*
                                      625 City Park Ave
                                      Columbus, Ohio 43206
                                      Phone: (614) 245-5278
                                      Fax: (614) 556-4988
                                      jason@attorneyadamburke.com

## MEMORANDUM

Mr. Novoa is currently charged in the above-captioned case, which is pending before the United States District Court for the Southern District of Ohio.

A detention hearing is required to determine whether any condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of any other person and the community. Mr. Novoa requests the opportunity to present evidence,

proffer information, and cross-examine witnesses, as permitted by statute, regarding his ties to the community, employment history, lack of flight risk, and the availability of conditions that would reasonably assure compliance with any release order.

Considering the foregoing, the Defendant respectfully requests that this Court set a hearing date at the Court's earliest convenience.

Respectfully submitted,

  /s/ Jason Helmstetler          
Jason Helmstetler (103298)
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing to all parties of record by the Court's ECF System this 2nd day of February 2026.

Respectfully submitted,

  /s/ Jason Helmstetler          
Jason Helmstetler (103298)
*Attorney for Defendant*
