**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**JUSTIN MESAEL NOVOA,**

**Defendant.**

**Case No. 2:26-cr-23**

**JUDGE DOUGLAS R. COLE**

## CHANGE OF PLEA

Defendant appeared with counsel Adam Burke.

Defendant specifically advised of rights.

Plea Agreement summarized by AUSA Timothy Prichard.

Statement of Facts summarized by AUSA Timothy Prichard.

Defendant entered a plea of GUILTY to Counts 1 and 2 of the Indictment.

Court accepts Defendant's plea of Guilty.

Referred to Probation Department for Presentence Report.

Defendant to remain on bond on previously imposed conditions of release.

**Judge:** **Douglas R. Cole**

**Courtroom Deputy:** **Melissa Saddler**

**Court Reporter:** **Crystal Hatchett**

**Date:** **August 31, 2026**